1 | **John F. DeMeo, SBN 28891**
**Joshua M. West, SBN 118463**
2 | **DeMeo & DeMeo**
**565 W. College Avenue**
3 | **Santa Rosa, CA 95401**
**Telephone: (707) 545-3232**
4 | **Facsimile: (707) 545-1725**

5 | **Attorneys for Plaintiff**
**TRACEY MEASE**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| TRACEY MEASE, | Case No. C 04 5205 - SC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL |
| SUNRISE ASSISTED LIVING; SUNRISE ASSISTED LIVING, INC.; SUNRISE ASSISTED LIVING MANAGEMENT, INC.; SUNRISE SENIOR LIVING SERVICES, INC.; SUNRISE SENIOR LIVING, INC.; SUNRISE SENIOR LIVING MANAGEMENT, INC.; DOE 1 through DOE 20, inclusive, | (Fed. R. Civ. P. 41(a)(1)(ii)) |
| Defendants. | |

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice, all parties to bear their own costs.

///

///

///

///

-1-   Case No. C 04 5205

STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)(ii))

1 | For plaintiff, Tracey Mease:

2 | Dated: November 28, 2005          DeMEO & DeMEO

3 |                                  By: /s/ Joshua M. West
4 |                                      Joshua M. West
                                         565 W. College Ave.
                                         Santa Rosa, CA 95401
5 |                                      Attorneys for Tracey Mease

6 | For defendants Sunrise Assisted Living, et al.

7 |
  | Dated: November 28, 2005          HUNTON & WILLIAMS
8 |
  |                                  By: /s/ Thomas P. Murphy
9 |                                      Thomas P. Murphy
                                         1751 Pinnacle Drive, Ste. 1700
10|                                      McLean, Virginia 22102
                                         Attorneys for Sunrise Assisted Living, et al.
11|
  |                                  Certification
12|
  |      I hereby attest tht I have on file all holograph signatures for any signatures indicated by a
13|
  | "conformed" signature (/s/) within this e-filed document.
14|

15|
  | Dated: November 28, 2005          DeMEO & DeMEO
16|
  |                                  By: /s/ Joshua M. West
17|                                      Joshua M. West
                                         565 W. College Ave.
18|                                      Santa Rosa, CA 95401
                                         Attorneys for Tracey Mease
19|

20|                              **ORDER OF DISMISSAL**

21|      PURSUANT TO THE STIPULATION OF DISMISSAL ENTERED INTO BY THE

22| PARTIES, IT IS ORDERED that:

23|      1.    This matter is dismissed with prejudice;

24|      2.    Each party is to bear its own costs.
  | Dated:  11/29/05
25|
  |                                              IT IS SO ORDERED
26|                                  UNITED S[TATES DISTRICT JUDG]E
                                              Judge Samuel Conti
27|

28|

-2-                                                    Case No. C 04 5205
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)(ii))

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Sonoma, California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document. My business address is 565 West College Avenue, Santa Rosa, California 95401.

On the date below, following ordinary business practice, I served the attached **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** addressed as follows:

| | |
|---|---|
| Michael J. Loeb, Esq. | Thomas P. Murphy, Esq. |
| Jacqueline S. Bronson, Esq. | Jeffrey B. Hardie, Esq. |
| Bingham McCutchen LLP | Hunton & Williams LLP |
| Three Embarcadero Center, 18th Fl. | 1751 Pinnacle Drive, Ste. 1700 |
| San Francisco, CA 94111-4067 | McLean, Virginia 22102 |
| *Facsimile: (415) 393-2286* | *Facsimile: (703) 714-7410* |

  X     **BY MAIL**: I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at Santa Rosa, California.

  ____   **BY FACSIMILE**: I caused each such document to be transmitted by facsimile to the numbers listed above.

  ____   **BY FEDERAL EXPRESS:** I caused each such, with shipping charges fully prepaid, to be delivered to and deposited with Federal Express in Santa Rosa, California for next business day delivery.

Each envelope so addressed and containing such copy was then sealed and postage thereon fully prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in a mail reception facility regularly maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 28, 2005, at Santa Rosa, California.

/s/ *Lauri Edgar*
Lauri Edgar

-3-    Case No. C 04 5205
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)(ii))